AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Oct 27, 2025
SEAN F. MCAVOY, CLERK

| | |
|---|---|
| ORLANDO R., *Plaintiff*<br>v.<br>FRANK BISIGNANO, ACTING COMMISSIONER OF SOCIAL SECURITY, *Defendant* | Civil Action No. 2:24-cv-00028-RHW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____), which includes prejudgment interest at the rate of ____%, plus post judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 9, is GRANTED.
Defendant's Motion for Summary Judgment, ECF No. 10, is DENIED.
REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment entered in favor Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Robert H. Whaley

Date: October 27, 2025

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*